# Exhibit A

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
FLORENCE IMMIGRATION COURT

```
                                    LEAD FILE: 200-072-056
                                    IN REMOVAL PROCEEDINGS
                                    DATE: Jan 6, 2026
                                    EAD Clock:
```

TO: Rafael Tirado & Associates
    Torrero, Luis Alfonso
    3101 N Central Ave
    Suite 800
    Phoenix, AZ  85012

RE: 200-072-056 MARTINEZ-RODRIGUEZ, MARIO

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

Date:           Feb 19, 2026
Time:           1:00 P.M. AZT
Court Address:  3260 NORTH PINAL PARKWAY, FLORENCE, AZ 85132

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

```
                         CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:MAIL[M]   PERSONAL SERVICE[P]   ELECTRONIC SERVICE[E]
TO:    [ ] Noncitizen | [   ] Noncitizen c/o Custodial Officer |
       [ M ] Noncitizen ATT/REP | [  M ] DHS
DATE:     01/06/26              BY:  COURT STAFF _____S.R._____
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other  NH
```



Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পৃষ্ঠার কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

# Exhibit B

Para tener acceso a este sitio en español, presione aquí (./es)

# Case Processing Times

## ⓘ Alert

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

## Select your form, form category, and the office that is processing your case

Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.



**Form** *

[ I-130 | Petition for Alien Relative ⌄ ]

**Form Category** *

[ U.S. citizen filing for a spouse, parent, or child under 21 ⌄ ]

**Field Office or Service Center** *

[ All Field Offices ⌄ ]

**Get processing time**

# Processing time for Petition for Alien Relative (I-130) at All Field Offices

| 80% of cases are completed within |
| --- |
| **60.5** Months |

Sign in or create (https://my.uscis.gov/account) a new account to see your estimated case timeline.

## ⓘ Notes

USCIS service centers are now prioritizing the processing of Form I-130 preference petitions for which the Department of State Visa Bulletin shows that an immigrant visa is available. The visa bulletin, published monthly, lists available immigrant visas by priority date. USCIS uses the visa bulletin to determine the current visa categories and priority dates before processing a Form I-130 preference petition. Service centers have prioritized our adjudication efforts so that we can focus on those cases that have visas available.

## ⓘ What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## ⓘ When can I ask about my case?

Many routine factors affect how quickly a case may be processed. To facilitate resolution of these factors, we only allow questions for certain cases.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| mm/dd/yyyy | Get Inquiry Date |

## ⬈ Other case processing times resources

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

Historical Average Processing Times (./historic-pt)

Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)

## ❓ Case management tools

Ask about the processing of your case (https://egov.uscis.gov/e-request/onpt)

Check your case status (https://my.uscis.gov/account)

Update your mailing address (https://egov.uscis.gov/coa/)

Ask about missing mail (https://egov.uscis.gov/e-request/)

Correct a typographical error (https://egov.uscis.gov/e-request/typo)

Request appointment accommodations (https://egov.uscis.gov/e-request/accom)

### Feedback

**Let us know what you think about our redesigned Processing Times webpage at ProcessingTimesFeedback@uscis.dhs.gov (mailto:ProcessingTimesFeedback@uscis.dhs.gov)         (Please do not submit case-specific inquiries).**

[Return to top](#)

**Topics (https://www.uscis.gov/topics)**   **Forms (https://www.uscis.gov/forms)**   **Newsroom (https://www.uscis.gov/news)**

**Citizenship (https://www.uscis.gov/citizenship)**   **Green Card (https://www.uscis.gov/green-card)**   **Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**

(https://www.facebook.com/uscis) (https://twitter.com/uscis) (https://www.youtube.com/uscis) (https://www.instagram.com/uscis/) (https://www.linkedin.com/company/uscis)

**Contact USCIS (https://www.uscis.gov/about-us/contact-us)**

(https://www.dhs.gov)

USCIS.gov

**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov)**

**National Terrorism Advisory System**

About USCIS (https://www.uscis.gov/about-us)

Accessibility (https://www.uscis.gov/website-policies/accessibility)

Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)

DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)

Freedom of Information Act (https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act)

No FEAR Act Data (https://www.uscis.gov/about-us/equal-employment-opportunity/equal-employment-opportunity-data-posted-pursuant-to-the-no-fear-act)

Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

Site Map
(https://www.uscis.gov/sitemap)

Office of the Inspector General
(https://www.oig.dhs.gov/)

The Wh
(https:/

# Exhibit C



U.S. Citizenship and Immigration Services

MENU

Home  >  Forms  >  All Forms  >  Petition for Alien Relative

# I-130, Petition for Alien Relative

Use this form if you (the petitioner) are a U.S. citizen, lawful permanent resident, or U.S. national (who is not a U.S. citizen) and you need to establish your qualifying relationship with an eligible alien relative (the beneficiary) who wishes to come to or stay in the United States permanently and apply for the Permanent Resident Card (also called a Green Card).

**You must select only 1 option for Part 4 (Question 61 or 62)** to indicate whether the beneficiary will seek adjustment of status inside the United States or consular processing abroad. **Do not complete both questions, and do not leave this section blank.**

File Online



**Processing Information**

Submitting Form I-130, Petition for Alien Relative, is the first step to help an eligible relative apply to immigrate to the United States and apply for a Green Card. The filing or approval of this petition does not give

your relative any immigration status or benefit.

We will generally approve your Form I-130 if you can establish a qualifying relationship between you and your relative that allows them to immigrate to the United States. Generally, after we approve the petition, your relative may apply for a Green Card. If your relative is already in the United States and an immigrant visa is available, they may be eligible to apply for their Green Card by filing Form I-485, Application to Register Permanent Residence or Adjust Status.

Certain relatives must wait until an immigrant visa number is available before they can file Form I-485 (to adjust their status if they are in the United States) or request an immigrant visa at an embassy or consulate through consular processing (if they are outside the United States). However, if your relative qualifies as an immediate relative, an immigrant visa is always available.

If your relative is already in the United States but they are not eligible to apply for the Green Card by filing Form I-485, the relative may be eligible to apply for an immigrant visa with the U.S. Department of State at a U.S. embassy or consulate through consular processing. For more information on eligibility and the process to apply for a Green Card, please visit our Green Card Eligibility Categories page.

When you complete Form I-130, please make sure that you (the petitioner) **select 1 and only 1 option** indicating whether the beneficiary requests adjustment of status inside the United States or consular processing outside the United States. If the Form I-130 is still pending with USCIS and you want to change your selection (either to consular processing outside the United States or to adjustment of status in the United States), you may contact the USCIS Contact Center and request a change. If you want to change your selection to consular processing after we have already approved your petition, you may need to file Form I-824, Application for Action on an Approved Application or Petition.

| If: | You should: |
| --- | --- |
| Your Form I-130 is still pending with USCIS | Contact the USCIS office listed on your receipt notice or the USCIS Contact Center, or submit a statement of this change along with your relative's updated address to your USCIS online account. |
| We approved your Form I-130, and we notified you that USCIS will keep your petition, but your relative seeks consular processing. | File Form I-824, Application for Action on an Approved Application or Petition, to ask us to send your petition to the Department of State (DOS) National Visa Center (NVC) for consular processing. |
| We approved your Form I-130, and we notified you that we forwarded your petition to DOS for consular processing, but DOS has not contacted your relative yet, and your relative is now in the United States and wishes to apply for adjustment of status. | Contact the USCIS Contact Center. USCIS will request your Form I-130 from DOS. |

| If: | You should: |
| --- | --- |
| We approved your Form I-130 and notified you that we forwarded your petition to DOS for consular processing, and DOS contacted your relative with a visa case or your Consular Electronic Application Center (CEAC) account says your case is at the NVC, but your relative is now in the United States and wishes to apply for adjustment of status. | Your relative should contact the NVC via their Public Inquiry Form at NVC Contact Information (state.gov). |
| We approved your Form I-130 and notified you that we forwarded your petition to DOS for consular processing, and DOS contacted your relative with a visa interview appointment or your CEAC account says your case is the U.S. embassy or consulate, but your relative is now in the United States and wishes to apply for adjustment of status. | Your relative should contact the U.S. embassy or consulate. Find their website at usembassy.gov. |

**How to Report Suspected Marriage Fraud:** We encourage you to report suspected immigration benefit fraud and abuse, including marriage fraud. For more information, please visit our Reporting Fraud page.

**Help for victims of abuse**

If you are the spouse, child, or parent of a U.S. citizen who has abused you, or the spouse or child of a lawful permanent resident who has abused you, you may be eligible to file a petition for yourself independent from your U.S. citizen or lawful permanent resident abuser. For more information, go to the Abused Spouses, Children, and Parents (Form I-360 VAWA Self-Petitioners) webpage.

# Form Details

⤢ Close All    ⤢ Open All

Forms and Document Downloads ⌄

Edition Date ⌄

Where to File ⌄

Filing Fee ⌄

Checklist of Required Initial Evidence (for informational purposes only) ⌄

Form Filing Tips

Special Instructions

Related Links

 Close All    Open All

Last Reviewed/Updated: 12/29/2025